UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC COLLIER,<br><br>Petitioner,<br>v.<br><br>SCOTT FISHER, WARDEN<br>FCI SANDSTONE, MN,<br><br>Respondent. | Civil No. 13-0379 (JRT/JJK)<br><br>**ORDER** |

Eric Collier, 22417-424, Unit C, FCI-Sandstone, P.O. Box 1000, Sandstone, Minnesota 55072, petitioner, *pro se.*

Ann M Bildtsen, Erika R Mozangue, Gregory G Brooker, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 17, 2013. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 12], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus petition [Docket No. 1] is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 12, 2013             s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                                     United States District Judge